ACCEPTED
03-15-00474-CV
7405574
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 10:07:33 AM
JEFFREY D. KYLE
CLERK

# NO. 03-15-00474-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 10:07:33 AM
JEFFREY D. KYLE
Clerk

**ERMA J. MATTHEWS,**
**Appellant,**
**v.**
**JEROME SOLOMON C/O EPOCH FILMS, INC.,**
**MINDY GOLDBERG, AND OTHERS,**
**Appellees.**

On Appeal from the 423rd Judicial District Court of Bastrop County, Texas
(Honorable Christopher D. Duggan, of the 423rd Judicial District Court, Presiding)
Trial Court Cause No. 423-3470

**APPELLEES' FIRST MOTION TO EXTEND TIME TO FILE**
**APPELLEES' BRIEF**

Robert P. Latham
State Bar No. 11975500
blatham@jw.com
Noah M. Galton
State Bar No. 24078531
ngalton@jw.com
**Jackson Walker L.L.P.**
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Fax

ATTORNEYS FOR APPELLEES
JEROME SOLOMON AND MINDY
GOLDBERG

## IDENTITY OF PARTIES AND COUNSEL

1.  Appellant

    **ERMA J. MATTHEWS**

    *Represented by:*

    Pro Se
    25491 Beresford Drive
    South Riding, VA 20152
    Telephone: 571-933-8413
    Facsimile: 571-933-8413
    Email: ermajmatthews@yahoo.com

2.  Appellees

    **JEROME SOLOMON**
    **MINDY GOLDBERG**

    *Represented by:*

    Robert P. Latham
    State Bar No. 11975500
    blatham@jw.com
    Noah M. Galton
    State Bar No. 24078531
    ngalton@jw.com
    **Jackson Walker L.L.P.**
    100 Congress Avenue, Suite 1100
    Austin, Texas 78701
    (512) 236-2000 – Telephone
    (512) 236-2002 – Fax

TO THE HONORABLE COURT:

NOW COME Jerome Solomon and Mindy Goldberg, Appellees herein and Defendants before the trial court below, and submit their First Motion to Extend Time to File Appellees' Brief, and would respectfully show as follows:

## I.    BACKGROUND

1.    On October 13, 2015, Appellant Erma J. Matthews ("Appellant") left a voicemail for Appellees' counsel in regard to an extension of Appellant's briefing deadline.  Appellant did not specify a specific duration for her desired extension.  On October 14, 2015, in response to an inquiry from Appellees' counsel, Appellant informed Appellees' counsel that she would be seeking a month-long extension.  That same day, Appellant filed her First Motion to Extend Time to File Appellant's Brief.

2.    On October 15, 2015, this Court granted Appellant's request, and ordered that Appellant's briefing deadline be extended to November 23, 2015.

3.    If Appellant's brief is filed on November 23, 2015, Appellees' brief will be due on December 23, 2015. *See* TEX. R. APP. P. 38.6(b).

## II.    ARGUMENT & AUTHORITY

4.    Now that Appellant's requested extension has been granted, Appellees request a reciprocal 30-day extension to file their brief for the following reasons: First, Appellees' counsel, Noah Galton, is currently set for a 2-week trial in El

1

Paso, Texas, beginning on December 4, 2015. Mr. Galton is the primary attorney who has handled the present lawsuit, both at the trial level and before this Court. Second, with Appellant's request having been granted, Appellees' briefing schedule will now encompass the Thanksgiving holiday, as well as several important religious holidays. As such, Appellees' ability to digest Appellant's brief and draft their own brief will prove unworkable if Appellees are not granted an extension.

5.    In response to Appellant's October 13 request to Appellees' counsel, Appellees' counsel informed Appellant of the aforementioned facts. Additionally, Appellees' counsel conveyed to Appellant that, while Appellees would like to accommodate Appellant's request, Appellees could only do so if Appellant were willing to agree to a reciprocal 30-day extension for Appellees' briefing deadline (allowing Appellees a total of 60 days to respond to Appellant's brief from the date Appellant's brief is filed).

6.    Appellant has not responded to Appellees' requested compromise.

7.    Because Appellant's new deadline places Appellees at an undue hardship, Appellees – pursuant to Texas Rule of Appellate Procedure 38.6(d) – move for this Court to grant Appellees a reciprocal 30-day extension to file their appellate brief (allowing Appellees a total of 60 days to respond to Appellant's brief from the date Appellant's brief is filed). If Appellant files her brief on

November 23, 2015 (Appellant's new deadline), Appellees' extended deadline will be January 22, 2016.

8.  This is the first extension sought by Appellees in this matter.

### III.  PRAYER

9.  For the aforementioned reasons, Appellees respectfully request that this Court grant Appellees a 30-day extension to file their appellate brief (allowing Appellees a total of 60 days to respond to Appellant's brief from the date Appellant's brief is filed).

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: */s/ Noah M. Galton*

Robert P. Latham
State Bar No. 11975500
blatham@jw.com
Noah M. Galton
State Bar No. 24078531
ngalton@jw.com
**Jackson Walker L.L.P.**
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Fax

ATTORNEYS FOR APPELLEES
JEROME SOLOMON AND MINDY
GOLDBERG

## RULE 9.4 CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of TEX. R. APP. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of TEX. R. APP. P. 9.4(i), if applicable, because it contains 488 words, excluding any parts exempted by TEX. R. APP. P. 9.4(i)(1).

*/s/ Noah M. Galton*
Noah M. Galton

## CERTIFICATE OF CONFERENCE

This is to certify that on October 14, 2015, Appellees' counsel attempted to confer with Appellant about the merits of the foregoing, and Appellant did not respond in regard to Appellees' requested relief.

*/s/ Noah M. Galton*
Noah M. Galton

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of October, 2015, a true and correct copy of the above and foregoing document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this Court and/or via certified mail, return receipt requested upon:

Erma J. Matthews, Pro Se
25491 Beresford Drive
South Riding, VA 20152
Facsimile: 571-933-8413

*/s/ Noah M. Galton*
Noah M. Galton